No. 76–6248.  FARRELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6273.  UNDERWOOD *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 76–6279.  GRIFFIN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6280.  PITCHFORD *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 76–6319.  HOOKER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6321.  WILEMAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–1077.  UNITED STATES *v.* SECURITY NATIONAL BANK. C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 76–1087.  BENEFICIAL FINANCE COMPANY OF JACKSON-VILLE *v.* HARRIS.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE WHITE would grant certiorari.

No. 76–1132.  HERNANDEZ ET AL. *v.* AIR FRANCE.  C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–5860.  STRATE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.